07cv1844(NGG)(LB)

STATE OF NEW YORK
DEPARTMENT OF CORRECTIONS
MID-STATE CORRECTIONAL FACILITY
P.O. Box 2500
Marcy, NY 13403

RECEIVED
AUG 0 1 2007
PRO SE OFFICE

Mr. Gregory White
ID#: 07-A-1905

August 1, 2007

Re: Submission of an Second Amendment Civil Rights Violations Complaint pursuant to 42 U.S.C § 1983, 1985, 1986, and the plaintiff hereby demands to be placed on an Article III Constitutional Court and Constitutional Jury and to be placed on the Court's Green Docket Calender and Appointment of Counsel   White v. Covington, 07-CV-1844

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

To the Clerk of Court:

Please find herein the completed Second Amended Civil Rights Complaint under 42 U.S.C § 1983, 1985, 1986.

Also noting the fact that at this time plaintiff hereby respectfully demands an Article III Constitutional Court and Constitutional Jury and to have this matter placed on the Court's Green Docket Calendar. Further noting that plaintiff is an indigent litigant and does not have the funds necessary to reproduce the documents for service upon defendants.

Plaintiff asks that this court reproduce the needed documents to properly served upon the defendants named therein. Plaintiff herein begs this Court's indulgence for any mistakes, omissions, defects and irregularities pursuant to NYS **C.P.L.R § 2001**, as well as any defects in form, pursuant to NYS **C.P.L.R § 2101(f)**. As I am a layman in the matters of law and have **"no"** formal training in law and have done my best to comply with the court's order and the Fed. Rules of Civil Procedure as I interpret them.
Encl.

Respectfully submitted,

Gregory White, pro se

gw/cc: