UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

GREGORY WHITE,

                                Plaintiff,

-against-

EARL COVINGTON, DARIEN R. QUASH, JANE DOE
and MICHAEL CAPUANO,

                                Defendants.

------------------------------------------------------------------------X

**NOTICE OF MOTION**

07 CV 1844 (NGG)(LB)

**PLEASE TAKE NOTICE** that upon the annexed Local Civil Rule 56.1 Statement dated February 20, 2012; the Declaration of Assistant Corporation Counsel Suzanna Publicker dated February 20, 2012, and the exhibits annexed thereto; the Declaration of Police Officer Darien Quash dated October 10, 2008, and the exhibits annexed thereto; the accompanying Defendant Quash's Memorandum of Law in Support of His Motion for Summary Judgment; and upon all prior pleadings and proceedings had herein, defendant Police Officer Darien Quash will move this Court before the Honorable Nicholas G. Garaufis, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date to be determined by the Court, for summary judgment in favor of defendant Quash pursuant to Rule 56 of the Federal Rules of Civil Procedure on the grounds that there are no material issues of fact in dispute that warrant a trial and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Order of December 19, 2011, opposition papers, if any, must be served on or before April 2, 2012.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Order of December 19, 2011, reply papers, if any, will be served, and the fully briefed motion filed with the Court on or before April 16, 2012.

Dated: New York, New York
       February 21, 2012

    MICHAEL A. CARDOZO
    Corporation Counsel of the
    City of New York
    *Attorney for Defendant Quash*
    100 Church Street
    New York, New York 10007
    (212) 788-1103

By: _____
    Suzanna Publicker
    Assistant Corporation Counsel
    Special Federal Litigation Division

To:   BY FIRST-CLASS MAIL
       Gregory White
       *Plaintiff Pro Se*
       1656 St. Johns Place, # 3D
       Brooklyn, NY 11233

Cc:   BY FIRST-CLASS MAIL
       Steven N. Schulman, Esq.
       Assistant Attorney General
       *Attorney for Defendants Earl Covington and Michael Capuano*
       120 Broadway, 24th Floor
       New York, NY 10271

Index No. 07 Civ. 1844 (NGG)(LB)

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

GREGORY WHITE,

                                       Plaintiff,

-against-

EARL COVINGTON, DARIEN R. QUASH, JANE DOE and MICHAEL CAPUANO,

                                       Defendants.

---

**NOTICE OF MOTION**

---

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
Attorney for Defendant Quash
100 Church Street
New York, N.Y. 10007

*Of Counsel: Suzanna Publicker*
*Tel: (212) 788-1103*
*NYCLIS No.2007-030885*

---

*Due and timely service is hereby admitted.*

*New York, N.Y. ................................................. , 2012.*

*............................................................................ Esq.*

*Attorney for......................................................................*